UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Apsara Robinson,<br><br>　　　Plaintiff<br><br>v.<br><br>Nellis Air Force Base,<br><br>　　　Defendant | Case No.: 2:22-cv-01983-JAD-NJK<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 1, 4] |

　　　The magistrate judge has reviewed Plaintiff Apsara Robinson's application to proceed in forma pauperis and recommends that it be denied because the plaintiff's assertion that she has take-home pay of one million dollars each month disqualifies her from pauper status. The deadline for the plaintiff to object to that recommendation was December 14, 2022, and she neither objected nor asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety and plaintiff's application to proceed in forma pauperis **[ECF No. 1] is DENIED**. **Robinson must pay the full $402 filing fee by January 27, 2023, or this case will be dismissed** without prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dated: December 27, 2022

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).